UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ME2 PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1-16, <br><br> Defendants. | Civil Action No. 17-cv-1220 <br><br> PLAINTIFF'S CORPORATE DISCLOSURE |

Pursuant to Federal Rules of Civil Procedure 7.1 and LCR 7.1, Plaintiff states that it is owned by Millennium Funding, Inc., and no publicly held corporation owns 10% or more of its stock.

RESPECTFULLY SUBMITTED August 11, 2017.

s/David A. Lowe, WSBA No. 24,453
Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES^PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300

Attorneys for Plaintiff

CORPORATE DISCLOSURE
Civil Action No. 17-cv-1220
INIP-6-0101P01 CDS

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301